BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00002 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: July 12, 2010 Old Time: 1:30 p.m. |
| LESLIE SLUGA, | ) ) ) | **New Date: November 29, 2010** **New Time: 1:30 p.m.** **Court:    Three** |
| Defendant. | ) ) | **(Hon. Oliver W. Wanger)** |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case.  Sentencing is currently set for July 12, 2010, at 1:30 p.m.

To allow additional time for Mrs. Sluga to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from July 12, 2010 to November 29, 2010, at 1:30 p.m., or the earliest date thereafter that is convenient to the

_____
Stipulation & Order Continuing Sentencing Hearing

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                       Respectfully submitted,

Dated:  June 24, 2010                  BENJAMIN B. WAGNER
                                       United States Attorney


                                   By: /s/ Kirk E. Sherriff
                                       KIRK E. SHERRIFF
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorneys



Dated:  June 24, 2010                  /s/ George Buehler
                                       (as authorized on 6/23/10)
                                       GEORGE BUEHLER

                                       Attorney for Defendant
                                       LESLIE SLUGA
```

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from July 12, 2010 to November 29, 2010, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   June 25, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE