Buehler & Kassabian
George **W.** Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LESLIE SLUGA,<br><br>        Defendant.<br>_____ | Case No. : 1:10-cr-0002 OWW<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

    On January 8, 2010 the Court's Order Setting Conditions of Release restricted travel by Defendant Leslie Sluga to the Eastern and Central Districts of California unless otherwise approved by the Court in advance.

    The parties hereby stipulate and jointly request that the conditions of release be modified to permit Mrs. Sluga to travel within the State of California without further approval by the Court, and requiring the Court's advance approval only if

1

she wishes to travel outside of California.

                                                    Respectfully submitted,

Dated:   August 9, 2010                      BENJAMIN B. WAGNER
                                                    United States Attorney

                                     By:   /s/   Kirk E. Sherriff
                                               (as authorized on 8/9/10)
                                               KIRK E. SHERRIFF
                                               STANLEY A. BOONE
                                               Assistant United States Attorneys

Dated:   August 9, 2010                      /s/   George W. Buehler
                                                    GEORGE W. BUEHLER

                                                    Counsel for Defendant
                                                    LESLIE SLUGA

**ORDER**

     The Court has reviewed and considered the stipulation of the parties to modify the conditions of release.  Good cause appearing, IT IS ORDERED that the conditions of release ordered on January 8, 2010 are modified as follows: Defendant Leslie Sluga may travel within the State of California without further approval by the Court, and is prohibited from traveling outside of California unless such travel is approved by the Court in advance.

IT IS SO ORDERED.

**Dated:   August 12, 2010**                      /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE