Buehler & Kassabian
George W. Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LESLIE SLUGA,<br><br>  Defendant. | Case No. : 1:10-cr-00002 OWW<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of Defendant Leslie Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

The parties hereby stipulate and jointly request that the Court enter an order permitting Mrs. Sluga to travel to Virginia on December 8, 2010 through December 14, 2010 to visit her daughter, on the condition that Mrs. Sluga keep Pre-Trial Services advised at all times of her itinerary and where she is staying

1

while out of California.

                                                            Respectfully submitted,

Dated:   November 12, 2010         BENJAMIN B. WAGNER
                                                     United States Attorney

                                           By:   /s/   Kirk E. Sherriff
                                                    (as authorized on 11/10/10)
                                                    KIRK E. SHERRIFF
                                                    STANLEY A. BOONE
                                                    Assistant United States Attorneys

Dated:   November 12, 2010         /s/   George W. Buehler
                                                    GEORGE W. BUEHLER

                                                    Counsel for Defendant
                                                    LESLIE SLUGA

### ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel.  Good cause appearing, IT IS ORDERED that the Defendant Leslie Sluga may travel to Virginia on December 8, 2010 to December 14, 2010 on the condition that she keep Pre Trial Services advised at all times of her itinerary and where she is staying until she returns to California.

    IT IS SO ORDERED.

**Dated:   November 15, 2010**         /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE