```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00002 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) | Old Date: April 18, 2011 |
| | ) | Old Time: 1:30 p.m. |
| LESLIE SLUGA, | ) | **New Date: Nov. 14, 2011** |
| | ) | **New Time: 1:30 p.m.** |
| Defendant. | ) | **Court:    Three** |
| | ) | **(Hon. Oliver W. Wanger)** |

   Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for April 18, 2011, at 1:30 p.m.

   To allow additional time for Mrs. Sluga to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 18, 2011 to Nov. 14, 2011, at 1:30 p.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-

---
Stipulation & Order Continuing Sentencing Hearing

Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

```
                                        Respectfully submitted,

Dated:  April 8, 2011                   BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kirk E. Sherriff
                                        STANLEY A. BOONE
                                        KIRK E. SHERRIFF
                                        Assistant U.S. Attorneys

Dated:  April 8, 2011                   /s/ George Buehler
                                        (as authorized on 4/8/11)
                                        GEORGE BUEHLER

                                        Attorney for Defendant
                                        LESLIE SLUGA
```

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 18, 2011 to Nov. 14, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   April 8, 2011**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE