BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-0002 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ) ORDER CONTINUING SENTENCING ) HEARING |
| v. | ) Old Date: May 14, 2012 ) Old Time: 1:30 p.m. |
| LESLIE SLUGA, | ) **New Date: Nov. 5, 2012** ) **New Time: 10:00 a.m.** ) **Court:    Two** |
| Defendant. | )    (Hon. Anthony W. Ishii) |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case.  Sentencing is currently set for May 14, 2012, at 1:30 p.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex.  The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

_____
Stipulation & Order Continuing Sentencing Hearing

1  U.S. v. David Crisp, et al., and it is anticipated that Mrs. Sluga
2  may be called as a witness in that case.
3       To allow additional time for Mrs. Sluga to fulfill her
4  obligations under the plea agreement, the parties hereby stipulate
5  and jointly request that the Court order that the sentencing hearing
6  in this case be continued from May 14, 2012 to November 5, 2012, at
7  10:00 a.m., or the earliest date thereafter that is convenient to the
8  Court.  The parties further stipulate and jointly request that the
9  Court extend the deadline to submit informal objections to the Pre-
10 Sentence Report (PSR) to three weeks prior to the continued
11 sentencing date, and extend the deadline to file formal objections to
12 the PSR to one week prior to the continued sentencing date.

                                         Respectfully submitted,

Dated:  April 24, 2012                   BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Kirk E. Sherriff
                                         STANLEY A. BOONE
                                         KIRK E. SHERRIFF
                                         Assistant U.S. Attorneys


Dated:  April 24, 2012                   /s/ George Buehler
                                         (authorized on 4/24/12)
                                         GEORGE BUEHLER
                                         Attorney for Defendant
                                         LESLIE SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from May 14, 2012 to November 5, 2012, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.
IT IS SO ORDERED.

Dated:    April 24, 2012            /s/ [signature]
                                    CHIEF UNITED STATES DISTRICT JUDGE