Buehler & Kassabian
George **W.** Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LESLIE SLUGA,<br><br>    Defendant. | Case No. : 1:10-cr-0002 AWI<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

  The conditions of Defendant Leslie Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

  The parties hereby stipulate and jointly request that the Court enter an order permitting Mrs. Sluga to travel with her husband Kevin Sluga to Richmond, Virginia on June 11, 2012 through June 18, 2012 to visit their daughter Megan Balod, who is expected to give birth in early June.

/

/

/

1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

Dated:    May 21, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney

                              By:    /s/   Kirk E. Sherriff
                                     (as authorized on 5/21/12)
                                     KIRK E. SHERRIFF
                                     STANLEY A. BOONE
                                     Assistant United States Attorneys

Dated:    May 21, 2012                /s/   George W. Buehler
                                      GEORGE W. BUEHLER

                                      Counsel for Defendant
                                      LESLIE SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel. Good cause appearing, IT IS ORDERED that the Defendant Leslie Sluga may travel to Richmond, Virginia on June 11, 2012 to June 18, 2012 to visit her daughter Megan Balod.

IT IS SO ORDERED.

Dated:    May 25, 2012
                                      CHIEF UNITED STATES DISTRICT JUDGE

2