BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:10-cr-0002 AWI |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. ) | Old Date: Nov. 5, 2012 |
| ) | Old Time: 10:00 a.m. |
| LESLIE SLUGA, ) | **New Date: May 6, 2013** |
| ) | **New Time: 10:00 a.m.** |
| Defendant. ) | **Court:    Two** |
| ) | (Hon. Anthony W. Ishii) |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case.  Sentencing is currently set for Nov. 5, 2012, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex.  The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al..

    To allow additional time for Mrs. Sluga to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from November 5, 2012 to May 6, 2013, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

    Respectfully submitted,

Dated: Oct. 16, 2012    BENJAMIN B. WAGNER
United States Attorney

    By: /s/ Kirk E. Sherriff
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys

Dated: Oct. 16, 2012    /s/ George Buehler
(authorized on 10/15/12)
GEORGE BUEHLER

Attorney for Defendant
LESLIE SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from November 5, 2012 to May 6, 2013, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   October 16, 2012                    /s/ [signature]
                                        CHIEF UNITED STATES DISTRICT JUDGE