Buehler & Kassabian
George W. Buehler (Bar No. 060701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIE SLUGA,<br><br>    Defendant. | Case No. : 1:10-cr-0002 AWI<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

   The conditions of Defendant Leslie Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

   The parties hereby stipulate and jointly request that the Court enter an order permitting Mrs. Sluga to travel to Midlothian, Virginia on February 26, 2013 through March 7, 2013 to visit her daughter Megan Balod and to help out as Megan's 7-month old son (Mrs. Sluga's grandson) undergoes surgery.

/
/
/

1

Respectfully submitted,

Dated: February 18, 2013            BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/  Kirk E. Sherriff
                                    (as authorized)
                                    KIRK E. SHERRIFF
                                    STANLEY A. BOONE
                                    Assistant United States Attorneys

Dated: February 18, 2013            /s/   George W. Buehler
                                    GEORGE W. BUEHLER

                                    Counsel for Defendant
                                    LESLIE SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel.  Good cause appearing, IT IS ORDERED that the Defendant Leslie Sluga may travel to Midlothian, Virginia on February 26, 2013 to March 7, 2013 to visit her daughter Megan Balod.

IT IS SO ORDERED.

Dated:   February 21, 2013          _____
                                            SENIOR  DISTRICT  JUDGE

2