BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LESLIE SLUGA,<br><br>　　　　　Defendant. | CASE NO.: 1:10-cr-0002 AWI<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Old Date: May 6, 2013<br>Old Time: 10:00 a.m.<br><br>**New Date: March 31, 2014**<br>**New Time: 10:00 a.m.**<br>**Court:    Two**<br>　(Hon. Anthony W. Ishii) |

   Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for May 6, 2013, at 10:00 a.m.

   This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on January 28, 2014. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. David

Crisp, et al..

To allow additional time for Mrs. Sluga to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from May 6, 2013 to March 31, 2014, at 10:00 a.m., which is after the anticipated completion of the trial in U.S. v. David Crisp, et al., or to the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                Respectfully submitted,

Dated:  April 18, 2013      BENJAMIN B. WAGNER
                United States Attorney

                By: /s/ Kirk E. Sherriff
                KIRK E. SHERRIFF
                HENRY Z. CARBAJAL III
                Assistant U.S. Attorneys

Dated:  April 18, 2013      /s/ George Buehler
                (authorized on 4/18/13)
                GEORGE BUEHLER
                Attorney for Defendant
                LESLIE SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from May 6, 2013 to March 31, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   April 19, 2013                              _____
                                                          SENIOR DISTRICT JUDGE