Buehler & Kassabian
George W. Buehler (Bar No. 60701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 219-0631
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

# IN THE UNITED  STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. : 1:10-cr-0002 AWI |
|  | ) ) | STIPULATION AND  ORDER PERMITTING OUT OF STATE TRAVEL |
| Plaintiff, | ) ) |  |
| v. | ) ) ) |  |
| LESLIE SLUGA, | ) ) |  |
| Defendant. | ) ) |  |

The conditions of Defendant Leslie Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

The parties hereby stipulate and jointly request that the Court enter an order permitting Mrs. Sluga to travel with her husband Kevin Sluga to Midlothian, Virginia on May 31, 2013  through June 10, 2013 to visit their daughter Megan Balod and celebrate the first birthday of  Megan's son (the Sluga's grandson) who recently underwent surgery.

/

/

1

/

Respectfully submitted,

Dated: May 6, 2013                    BENJAMIN B. WAGNER
                                      United States Attorney

                              By:   /s/  Kirk E. Sherriff
                                    (as authorized)
                                    KIRK E. SHERRIFF
                                    STANLEY A. BOONE
                                    Assistant United States Attorneys

Dated: May 6, 2013                    /s/   George W. Buehler
                                      GEORGE W. BUEHLER

                                      Counsel for Defendant
                                      LESLIE SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel.  Good cause appearing, IT IS ORDERED that the Defendant Leslie Sluga may travel to Midlothian, Virginia on May 31, 2013 to June 10, 2013 to visit her daughter Megan Balod.

IT IS SO ORDERED.

Dated:   May 9, 2013         _____
                                      SENIOR  DISTRICT  JUDGE

2