1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  CHRISTOPHER D. BAKER
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-0002 AWI |
|---|---|
| Plaintiff, | STIPULATION & ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date:   March 31, 2014 |
| LESLIE SLUGA, | New Sentencing Date: May 27, 2014 |
| Defendant. | Time:   10:00 a.m.<br>Court:   Two<br>   (Hon. Anthony W. Ishii) |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for March 31, 2014, at 10:00 a.m. This case is related to the pending case <u>U.S. v. Julie Farmer</u> (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on April 8, 2014 before Judge O'Neill. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in <u>U.S. v. Julie Farmer</u>.

To allow additional time for Ms. Sluga to fulfill her obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 31, 2014 to May 27, 2014, or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal

1

objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated: March 6, 2014

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ George Buehler
(authorized on 3/6/14)
GEORGE BUEHLER
Attorney for defendant Leslie Sluga

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys

ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Leslie Sluga is continued to May 27, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   March 7, 2014

_____
SENIOR  DISTRICT  JUDGE