1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  CHRISTOPHER D. BAKER
   Assistant U.S. Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for the
7  United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:10-CR-0002 LJO
12 |          Plaintiff,       | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT LESLIE SLUGA**
13 |     v.                    |
14 | LESLIE SLUGA,             |
15 |          Defendant.       |

16

17     WHEREAS, the discovery in this case contains a large amount

18 of proprietary, personal and confidential information including,

19 but not limited to, Social Security numbers, dates of birth,

20 telephone numbers, and residential addresses ("Protected

21 Information"); and

22     WHEREAS, the parties desire to avoid both the necessity of

23 large scale redactions and the unauthorized disclosure or

24 dissemination of this information to anyone not a party to the

25 court proceedings in this matter;

26     The parties agree that entry of a stipulated protective

27 order is appropriate.

28

                    Stipulation and Protective Order

1  Therefore, Defendant LESLIE SLUGA, by and through her
2  counsel of record ("Defense Counsel"), and the United States of
3  America, by and through Assistant United States Attorneys Kirk E.
4  Sherriff, Henry Z. Carbajal III, and Christopher D. Baker, hereby
5  agree and stipulate as follows:
6     1.   This Court may enter a protective order pursuant to
7  Rule 16(d) of the Federal Rules of Criminal Procedure, and its
8  general supervisory authority.
9     2.   This Order pertains to all discovery provided to or
10 made available to Defense Counsel as part of discovery in this
11 case, and documents produced subsequent to the date of entry of
12 this Order (hereafter, collectively known as the "discovery").
13    3.   By signing this Stipulation and Protective Order,
14 Defense Counsel agrees not to share any documents that contain
15 Protected Information with anyone other than Defense Counsel
16 attorneys, designated defense investigators, and support staff.
17 Defense Counsel may permit the Defendant to view unredacted
18 documents in the presence of her attorney, defense investigators,
19 and support staff.  The parties agree that Defense Counsel,
20 defense investigators, and support staff shall not allow the
21 Defendant to copy Protected Information contained in the
22 discovery.  The parties agree that Defense Counsel, defense
23 investigators, and support staff may provide the Defendant with
24 copies of documents from which Protected Information has been
25 redacted.
26    4.   The discovery and information therein may be used only
27 in connection with the litigation of this case and for no other
28 purpose.  The discovery is now and will forever remain the

1  property of the United States of America ("Government").  Defense
2  Counsel will return the discovery to the Government or certify
3  that it has been destroyed at the conclusion of the case.
4      5.   Defense Counsel will store the discovery in a secure
5  place and will use reasonable care to ensure that it is not
6  disclosed to third persons in violation of this agreement.
7      6.   Defense Counsel shall be responsible for advising the
8  Defendant, employees, and other members of the defense team, and
9  defense witnesses of the contents of this Stipulation and Order.
10     7.   In the event that Defendant substitutes counsel,
11 undersigned Defense Counsel agrees to withhold discovery from new
12 counsel unless and until substituted counsel agrees also to be
13 bound by this Order.
14     IT IS SO STIPULATED.

DATED: May 14, 2014                BENJAMIN B. WAGNER
                                   United States Attorney

                             By:   /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   CHRISTOPHER D. BAKER
                                   Assistant U.S. Attorneys


DATED: May 14, 2014          By:   /s/ George Buehler
                                   (authorized on 5/13/14)
                                   GEORGE BUEHLER
                                   Attorney for Defendant
                                   Leslie Sluga


IT IS SO ORDERED.

   Dated:  **May 14, 2014**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE