BUEHLER & KASSABIAN, LLP
GEORGE W. BUEHLER (Bar No. 60701)
350 W. Colorado Blvd., Ste. 200
Pasadena, CA 91105
Telephone:  (626) 219-0631
Facsimile:   (626) 792-0505
gbuehler@buehlerkassabian.com

Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE SLUGA,<br><br>Defendant. | CASE NO.  1:10-CR-0002 LJO<br><br>AMENDED STIPULATION & ORDER CONTINUING SENTENCING HEARING<br><br>Old Sentencing Date:   May 27, 2014<br><br>New Sentencing Date: July 28, 2014<br>Time:                            10:00 a.m.<br>Court:                           Four<br>   (Hon. Lawrence J. O'Neill) |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for May 27, 2014 at 8:30 a.m.

There is good cause for continuance of the sentencing. The government advised Mrs. Sluga's counsel last week that it intended to produce a substantial number of documents related to the trial of Julie Farmer which had not been produced to Mrs. Sluga. These documents were delivered to Mrs. Sluga's counsel on Wednesday, May 14, and consist of seven compact disks containing thousands of pages of documents. Counsel for Mrs. Sluga requires additional time to review these documents for any bearing they may have on sentencing. The parties agreed that they would stipulate to a postponement of sentencing for this reason.

Accordingly, the parties stipulate and jointly request that the Court order that the sentencing hearing be continued from May 27, 2014 to July 28, 2014 or to the earliest date thereafter that is convenient to the court (except for July 14 when Mrs. Sluga's counsel is scheduled for a vacation).

1

1     IT IS SO STIPULATED.

2 Dated: May 20, 2014

3                                                  Respectfully Submitted,
BENJAMIN B. WAGNER
4                                                  United States Attorney

5 /s/George W. Buehler                 /s/ Kirk E. Sherriff  (authorized on 3/6/14)
GEORGE  W. BUEHLER                KIRK E. SHERRIFF
6 Attorney for defendant Leslie Sluga    HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
7                                                Assistant United States Attorneys

10                                              <u>ORDER</u>

12     The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Leslie Sluga is continued to July 28, 2014, at 10:00 a.m.

    IT IS SO ORDERED.

16 Dated: May 20, 2014____                _/s/ Lawrence J. O'Neill_____
HON. LAWRENCE J. O'NEILL
17                                              UNITED STATES DISTRICT JUDGE